# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**JOY BROWN,**

    **Plaintiff,**

**v.**

CASE NO.: _____

**BROADPATH HEALTHCARE SOLUTIONS, INC., a Foreign Profit Corporation**

    **Defendant.**

_____/

## DEFENDANT'S NOTICE OF AND PETITION FOR REMOVAL

Defendant, BROADPATH HEALTHCARE SOLUTIONS, INC., a Foreign Profit Corporation, by and through its undersigned counsel and pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, the applicable Federal Rules of Civil Procedure and Local Rules of the United States District Court for the Middle District of Florida, hereby files this Notice of and Petition for Removal ("Petition for Removal"). Defendant hereby requests that this Court remove the action filed by Plaintiff, JOY BROWN, from the Seventh Judicial Circuit in and for Volusia County, Florida to the United States District Court for the Middle District of Florida, Orlando Division. The removal of this action is based on the following:

## Background

1. On or about May 1, 2022, a civil action was filed in the Circuit Court of the Seventh Judicial Circuit in and for Volusia County, Florida, under the name and style *Joy Brown v. Broadpath Healthcare Solutions, Inc.* (Case Number 2022-30614-CICI) (hereinafter the "Circuit Court Case"). A true and correct copy of the Complaint filed in the Circuit Court Case is being filed with this Court along with this Petition for Removal.

2. Plaintiff's Complaint in the Circuit Court Case alleges employment related claims arising out of her former employment with Broadpath Healthcare Solutions. Counts I and IV of the Complaint allege claims of discrimination and retaliation brought pursuant to the Americans with Disabilities Act of 1990, as amended, 42 U.S.C. § 12111, *et seq.* ("ADA")

3. This action is therefore within the original jurisdiction of the United States District Court, pursuant to 28 U.S.C. § 1331, as Plaintiff's claims under the ADA arise under the laws of the United States. *See* 28 U.S.C. § 1331.

4. Pursuant to 28 U.S.C. § 1367, "the district court shall have supplemental jurisdiction over all other claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution." Counts II and III of Plaintiff's Complaint allege similar claims of discrimination and retaliation brought under the

Florida Civil Rights Act (FCRA). These claims are directly related to Plaintiff's claims of discrimination and retaliation under the ADA. Therefore, the Court has supplemental jurisdiction over these claims.

## Venue

5. The United States District Court for the Middle District of Florida, Orlando Division, includes the judicial circuit in which Plaintiff filed her Complaint. Thus, removal to this Court is proper pursuant to 28 U.S.C. § 1446(a).

## Compliance With Procedural Requirements

6. Defendant accepted service of the Complaint on May 12, 2022. This Notice of and Petition for Removal has been filed within thirty (30) days after service of the Complaint in the Circuit Court Case. Thus, this Notice of and Petition for Removal is timely filed pursuant to 28 U.S.C. § 1446(b).

7. Copies of all process, pleadings, orders and other papers or exhibits of every kind currently on file with the state court are being filed with this Court along with this Notice of and Petition for Removal, as required by 28 U.S.C. § 1446(a) and Local Rule 4.02 M.D. Fla.

8. Pursuant to 28 U.S.C. § 1446(d), Defendant will promptly provide written notice of this removal to all parties in this action and will file a copy of this Notice of and Petition for Removal in the Circuit Court of the Seventh Judicial Circuit in and for Volusia County, Florida.

WHEREFORE, Defendant, BROADPATH HEALTHCARE SOLUTIONS, INC., respectfully requests that the United States District Court for the Middle District of Florida, Orlando Division, accept the removal of this action from the state court and direct that the Circuit Court of the Seventh Judicial Circuit in and for Volusia County, Florida, have no further jurisdiction of this matter unless and until this case is remanded.

DATED this 7th day of June, 2022.

Respectfully submitted,

*/s/ Kristyne E. Kennedy*
KRISTYNE E. KENNEDY
**LEAD COUNSEL**
Florida Bar No: 0194700
KELSEY N. ORTIZ
Florida Bar No: 1010647
COLE, SCOTT & KISSANE, P.A.
Tower Place, Suite 400
1900 Summit Tower Boulevard
Orlando, Florida 32810
Primary Email:
kristyne.kennedy@csklegal.com
Secondary Email:
kelsey.ortiz@csklegal.com
Secondary Email:
susan.powell@csklegal.com
Telephone: (321) 972-0028
Facsimile: (321) 972-0099
Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 7th day of June, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a Notice of Electronic Filing to Counsel of Record.

<u>*/s/ Kristyne E. Kennedy*</u>